HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
FRANCISCO GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 14-cr-098 JAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME |
| v. | |
| FRANCISCO GONZALEZ, | Date:   June 24, 2014 |
| Defendant. | Time:   9:30 a.m. |
| | Judge:  Honorable John A. Mendez |

It is hereby stipulated and agreed to by and between the United States of America, through JUSTIN LEE, Assistant U.S. Attorney, and defendant, FRANCISCO GONZALEZ, by and through his counsel, MATTHEW C. BOCKMON, Assistant Federal Defender that the status conference for Tuesday, May 13, 2014 be vacated, and a new status conference date of Tuesday, June 24, 2014, at 9:30 a.m., be set.

The parties have recently met and conferred regarding additional case information that has developed. The meeting was very productive and the parties are continuing to negotiate toward a resolution.

It is further stipulated that the time period from the date of this stipulation, May 9, 2014, through and including the date of the new status conference hearing, June 24, 2014, shall be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare, and that the ends

1  of justice to be served by granting the continuance outweigh the best interests of the public and
2  the defendant in a speedy trial.

3  DATED: May 9, 2014

                                       Respectfully submitted,

                                       HEATHER E. WILLIAMS
                                       Federal Defender

                                       */s/ Matthew C. Bockmon*
                                       MATTHEW C. BOCKMON
                                       Assistant Federal Defender
                                       Attorney for FRANCISCO GONZALEZ

DATED: May 9, 2014                     BENJAMIN B. WAGNER
                                       United States Attorney

                                       /*s/ Matthew C. Bockmon for*
                                       JUSTIN LEE
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff

## ORDER

Based on the reasons set forth in the stipulation of the parties filed on May 9, 2014, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED that the status conference currently scheduled for Tuesday, May 13, 2014, be vacated and that the case be set for Tuesday, June 24, 2014, at 9:30 a.m.  The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' May 9, 2014, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, May 9, 2014, through and including June 24, 2014, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv)  and Local Code T4.

DATED: May 9, 2014

                                       /s/ JOHN A. MENDEZ
                                       Hon. John A. Mendez
                                       United States District Court Judge