HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
FRANCISCO GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 14-cr-098 JAM |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME |
| v. | ) ) | |
| FRANCISCO GONZALEZ, | ) ) | Date:   June 24, 2014 Time:   9:30 a.m. |
| Defendant. | ) ) ) | Judge:  Honorable John A. Mendez |

It is hereby stipulated and agreed to by and between the United States of America, through JUSTIN LEE, Assistant U.S. Attorney, and defendant, FRANCISCO GONZALEZ, by and through his counsel, MATTHEW C. BOCKMON, Assistant Federal Defender that the status conference for Tuesday, June 24, 2014 be vacated, and a new status conference date of Tuesday, August 5, 2014, at 9:30 a.m., be set.

The reasons for this continuance is to allow defense counsel additional time to review the discovery with the defendant, to examine possible defenses, to continue investigating the facts of the case, and to negotiate with the government for a resolution of this matter.

It is further stipulated that the time period from the date of this stipulation, June 23, 2014, through and including the date of the new status conference hearing, August 5, 2014, shall be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare, and that the ends

of justice to be served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: June 23, 2014

                                              Respectfully submitted,

                                              HEATHER E. WILLIAMS
                                              Federal Defender

                                              */s/ Matthew C. Bockmon*
                                              MATTHEW C. BOCKMON
                                              Assistant Federal Defender
                                              Attorney for FRANCISCO GONZALEZ

DATED: June 23, 2014                      BENJAMIN B. WAGNER
                                              United States Attorney

                                              /*s/ Matthew C. Bockmon for*
                                              JUSTIN LEE
                                              Assistant U.S. Attorney
                                              Attorney for Plaintiff

**ORDER**

Based on the reasons set forth in the stipulation of the parties filed on June 23, 2014, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Tuesday, June 24, 2014, be vacated and that the case be set for Tuesday, August 5, 2014, at 9:30 a.m. The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' June 23, 2014, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, June 23, 2014, through and including August 5, 2014, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) and Local Code T4.

DATED: June 23, 2014

                                              /s/ John A. Mendez
                                              Hon. John A. Mendez
                                              United States District Court Judge