1  PHILLIP A. TALBERT
   United States Attorney
2  JASON HITT
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            CASE NO.  2:14-CR-0098 JAM

12                      Plaintiff,      STIPULATION AND ORDER REGARDING
                                        BRIEFING SCHEDULE ON DEFENDANT'S
13                     v.               MOTION FOR SENTENCING REDUCTION

14 FRANCISCO GONZALEZ,

15                      Defendant.

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        1
   STIPULATION REGARDING BRIEFING
     SCHEDULE ON DEFENDANT'S MOTION

1    **STIPULATION**

2        Plaintiff United States of America, by and through its counsel of record, and defendant, by and

3    through defendant's counsel of record, stipulate and agree that the briefing schedule for defendant's

4    motion to reduce his sentence should be reset according to the following schedule:

5                     Government's Opposition:    April 18, 2017

6                     Defendant's Reply:          April 25, 2017

7                     Hearing:                    May 2, 2017, at 9:30 a.m.

8

9        IT IS SO STIPULATED.

10

                                                PHILLIP A. TALBERT
11                                              United States Attorney

12   Dated:  March 31, 2017

                                                /s/ JASON HITT
13                                              JASON HITT
                                                Assistant United States Attorney
14

15

16   Dated:  March 31, 2017                     /s/ JOHN BALAZS, Esq.
                                                JOHN BALAZS, Esq.
17                                              Counsel for Defendant, authorized to sign for Mr.
                                                Balazs on March 31, 2017
18

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING BRIEFING            2
SCHEDULE ON DEFENDANT'S MOTION

1

**ORDER**

2      Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

3      The briefing schedule on defendant's motion for a sentence reduction is revised as follows:

4                        Government's Opposition:     April 18, 2017

5                        Defendant's Reply:            April 25, 2017

6                        Hearing:                      May 2, 2017, at 9:30 a.m.

7

8      **IT IS SO ORDERED**.

9

10    DATED: 4/3/2017                              /s/ John A. Mendez_____
                                                   JOHN A. MENDEZ
11                                                 United States District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING BRIEFING
SCHEDULE ON DEFENDANT'S MOTION