JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
FRANCISCO GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FRANCISCO GONZALEZ, ) <br> ) <br> Defendant. ) <br> _____ ) | No. 2:14-CR-098-JAM <br><br> **DEFENDANT FRANCISCO GONZALEZ'S REPLY TO OPPOSITION TO *AMENDED* MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2) (DRUG MINUS2 AMENDMENT)** <br><br> Date: May 2, 2017 <br> Time: 9:15 a.m. <br> Hon. John A. Mendez |

Defendant Francisco Gonzalez hereby replies to the government's opposition (docket 33) to his amended motion to reduce sentence under 18 U.S.C. § 3582(c)(2). Docket 30.

In the plea agreement, the parties agreed the base offense level was 34, which was based on approximately 370 grams of actual methamphetamine and that Gonzalez should receive the benefit of the Drug Minus2 guideline amendment (Amendment 782) that was scheduled to go into effect shortly after his sentencing. With the amendment, the plea agreement states that the parties estimate the guideline range would be 135-168 months. Docket 16, at 7:20-21.

Because Gonzalez's sentencing date was October 28, 2014, only 4 days before the Drug Minus2 amendment went into effect (Nov. 1, 2014), the probation officer calculated

Gonzalez's guidelines using the November 1, 2014 guidelines (PSR, at 5, ¶10), which resulted in a base offense level of 32 (PSR, at 5, ¶ 11) and a guideline range of 135-168 months. PSR, at 14.

At sentencing, the government moved under U.S.S.G. § 5K1.1 for a sentence 40% below the low end of the applicable guideline range, or 81 months. The court granted the motion and imposed a sentence of 81 months imprisonment.

Thus, it appears that Gonzalez already received the benefit of the Drug Minus2 guideline amendment at his initial sentencing.

Dated: April 23, 2017

Respectfully submitted,

/s/ John Balazs
JOHN BALAZS

Attorney for Defendant
FRANCISCO GONZALEZ